**THE LAW OFFICE OF ROBERT L. STARR**
Robert L. Starr, State Bar No. 183052
robert@starrlaw.com
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Voice: 818-225-9040
Facsimile: 818-225-9042

**POMERANTZ LLP**
Jordan L. Lurie, State Bar No. 130013
jllurie@pomlaw.com
Ari Y. Basser, State Bar No. 272618
abasser@pomlaw.com
1100 Glendon Avenue
15th Floor Los Angeles, CA 90024
Telephone: (310) 432-8492

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY THOMPSON and JUVENAL RODRIGUEZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC, and DOES 1 to 10,<br><br>Defendants. | Case No. 2:21-cv-09815-FMO-MBK<br><br>**CLASS ACTION**<br><br>**NOTICE OF RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:      Hon. Fernando M. Olguin<br>Time:       10:00 a.m.<br>Courtroom: 6D<br>Date:        August 7, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 7, 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Fernando M. Olguin, 350 W. 1st Street, Courtroom 6D, 6th Floor, Los Angeles, California 90012, Plaintiff Ebony Thompson ("Thompson") and Plaintiff Juvenal Rodriguez ("Rodriguez") (Thompson and Rodriguez are collectively referred to herein as "Plaintiffs") will and hereby do move this court under Fed. R. Civ. P. 23(e), and pursuant to this Court's In Chambers Order Re: Notice of Settlement and Requirements for Preliminary Approval (ECF 80) to:

1. Preliminarily approve the class action settlement set forth in the Settlement Agreement (attached as Exhibit 1 to the Declaration of Jordan L. Lurie filed concurrently), following the prior hearing on April 24, 2025, and the resulting edits made to the Settlement documents pursuant to the Court's instruction;
2. Conditionally certify the Settlement Class for settlement purposes;
3. Approve the Parties' plan for dissemination of the proposed Class Notice ("Notice Program");
4. Appoint Plaintiffs Ebony Thompson and Juvenal Rodriguez as the Class Representatives;
5. Appoint Pomerantz LLP and The Law Office of Robert L. Starr as Class Counsel; and,
6. Set a hearing date and briefing schedule for final settlement approval and Plaintiffs' fee and expense application.

This Renewed Motion is based upon: (1) this Notice of Motion; (2) the Memorandum of Points and Authorities in Support of Renewed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Jordan L. Lurie in Support of the Renewed Motion for Preliminary Approval of Class Action

1

**NOTICE OF RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Settlement and the Exhibits thereto, including the Settlement Agreement and Exhibits, and the Declarations of Ebony Thompson and Juvenal Rodriguez; (4) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (5) the records, pleadings, and papers filed in this action; and, (6) such other documentary and oral evidence or argument as may be presented to the Court at, or prior to, the hearing of this Motion.

Dated: July 9, 2025                    Respectfully submitted,

**POMERANTZ LLP**
**THE LAW OFFICE OF ROBERT STARR**

By: _____/s/ Ari Y. Basser_____
Jordan L. Lurie
Ari Y. Basser
Robert L. Starr

*Attorneys for Plaintiffs*